Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Galveston Bay Properties LLC |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION |
| Case number (if known): | 17-51905-CAG |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Archrock Services, LP<br>PO Box 201160<br>Dallas, TX 75320-1160 | | | | | | $400,792.07 |
| Ard Well Service LLC<br>171168 Frazier Drive<br>Batson, TX 77519 | | | | | | $19,008.69 |
| Integrity Energy Solutions<br>116 Diamond Creed Drive<br>Broussard, LA 70518 | | | | | | $22,672.84 |
| Jim Dial<br>1705 Cougar Creek<br>Conroe, TX 77385 | | | | | | $16,081.00 |
| Kimray Inc.<br>PO Box 248869<br>Oklahoma City, OK 73124 | | | | | | $18,352.71 |
| OMI Environmental Solutions<br>PO 932127<br>Atlanta, GA 31193 | | | | | | $29,634.13 |
| Peninsula Marine Inc.<br>PO Box 501<br>Port Bolivar, TX 77650 | | | | | | $33,140.62 |
| Premium Assignment Corporation<br>PO Box 8000<br>Tallahassee, FL 32314-8000 | | | | | | $83,502.26 |

| | | |
|---|---|---|
| Official form 204 | Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims | page 1 |
| Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy |

| Debtor | **Galveston Bay Properties LLC** | | Case number *(if known)* | **17-51905-CAG** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Quintium Private Opportunities Fund LP**<br>9202 S. Northshore Drive, Suite 301<br>Knoxville, TN 37922 | | | | $875,000.00 | $0.00 | $875,000.00 |
| **Reynaldo Trejo Trucking**<br>1116 S. Stadium Road<br>Alice, TX 78332 | | | | | | $19,100.00 |
| **Shadow Tree Income Fund A, LP**<br>Attn: Sam Gradess<br>7 Renaissance Square, 5th Floor<br>White Plains, NY 10528 | | | | $2,625,000.00 | $0.00 | $2,625,000.00 |
| **South Soast Fire & Safety**<br>6230 Brookhill Drive<br>Houston, TX 77087 | | | | | | $18,685.80 |
| **Spectral Oil & Gas**<br>20202 HWY 59 N<br>Humble, TX 77338 | | | | | | $30,000.00 |
| **USI Southwest**<br>9811 Katy Freeway, Suite 500<br>Houston, TX 77024 | | | | | | $15,729.23 |
| **Walne Law, LLC**<br>4900 Woodway, Suite 975<br>Houston, TX 77056 | | | | | | $33,096.00 |
| **William Craig Alexander**<br>5314 Sunbright Court<br>Houston, TX 77041 | | | | | | $23,523.95 |
| **Worldwide Power Products**<br>5711 Brittmore<br>Houston, TX 77041 | | | | | | $32,061.81 |

**Fill in this information to identify the case:**

Debtor name: **Galveston Bay Properties LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION

Case number (if known) **17-51905-CAG**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 9, 2017**    X **/s/ Dan Polk**
Signature of individual signing on behalf of debtor

**Dan Polk**
Printed name

**Manager**
Position or relationship to debtor