IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | Case No. 17-51905-CAG |
| GLAVESTON BAY PROPERTIES, | § | |
| LLC. | § | |
| | § | Chapter 11 |
| Debtor | § | |

## NOTICE OF CONTINUED FINAL HEARING ON EMERGENCY MOTION PURSUANT TO 11 U.S.C. §§ 105, 361, AND 364 AND FEDERAL BANKRUPTCY RULES 2002, 4001 AND 9004 FOR INTERIM AND FINAL ORDERS AUTHORIZING THE DEBTOR TO INCUR POST-PETITION SECURED INDEBTEDNESS

**PLEASE TAKE NOTICE** that a **reset/continued** hearing will be held on the above referenced Emergency Motion on **Wednesday, September 13, 2017 at 10:30 a.m.** The hearing will be held before the Honorable Craig A. Gargotta, Bankruptcy Judge for the United States Bankruptcy Court for the Western District of Texas, San Antonio Division, Courtroom No. 3, 5th Floor, Hipolito F. Garcia Federal Building and United States Courthouse, 615 E. Houston Street, San Antonio, Texas 78205.

Dated: September 1, 2017

Respectfully Submitted,

Kell C. Mercer, P.C.
1602 E. Cesar Chavez Street
Austin, TX 78702
(512) 627-3512
(512) 597-0767 (fax)

By: */s/ Kell C. Mercer*
   Kell C. Mercer
   State Bar No. 24007668
   kell.mercer@mercer-law-pc.com

PROPOSED ATTORNEY FOR DEBTOR

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2017, a true and correct copy of the foregoing document was served via the Court's CM/ECF notification system and/or on the parties set forth on the attached Service List in the manner reflected therein.

By: */s/ Kell C. Mercer*
Kell C. Mercer