#11 Emergency Motion Pursuant to 11 U.S.C. §§ 105, 361, and 364 and Federal Bankruptcy Rules 2002, 4001 and 9004 for Interim and Final Orders Authorizing the Debtors to Incur Post-Petition Secured Indebtedness filed by Kell C. Mercer for Debtor Galveston Bay Properties LLC

# EXHIBIT AND WITNESS LIST

AO 187 (REV. 4/82)

| Galveston Bay Properties, LLC | | | | | DISTRICT COURT Western - San Antonio |
|---|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY Kell Mercer | | | DEFENDANT'S ATTORNEY | | DOCKET NUMBER 17-51905 |
| | | | | | TRIAL DATE(S) 9/13/17 |
| PRESIDING JUDGE **CRAIG A. GARGOTTA** | | | ELECTRONIC COURT RECORDING OPERATOR Sylvia Lornes | | COURTROOM DEPUTY **LISA ELIZONDO** |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | DATE ADMITTED | DESCRIPTION OF EXHIBITS * AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 9/13/17 | XX | 9/13/17 | Final Dip Financing Budget |
| 2 | | 9/13/17 | XX | 9/13/17 | Loan Agreement |
| 3 | | 9/13/17 | XX | 9/13/17 | Statement of Financial Affairs |
| 4 | | 9/13/17 | XX | 9/13/17 | Demonstrative Aid |

FILED SEP 13 2017 U.S. BANKRUPTCY COURT BY _____ DEPUTY

Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Page (s)